1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9
10
11
12  UNITED STATES OF AMERICA,

13              Plaintiff,

14         v.

15  WESLEY A. FREEMAN,

16              Defendant.

17
18

19

20

21  The United States Attorney charges:

22  COUNT ONE: (18 U.S.C. §13 – assimilating California Penal Code § 12031(a)(1) -
           Carrying a Loaded Firearm in a Vehicle)
23
24  On or about April 11, 2007, at Fort Hunter Liggett, in the County of Monterey, Northern
25  District of California, an area within the special maritime and territorial jurisdiction of the United
26  States, the defendant,
27              WESLEY A. FREEMAN,
28  did unlawfully carry a loaded firearm in a vehicle while in a public place and on a street in a

INFORMATION

---



FILED

2007 AUG -7 P 3:58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 07 00518 HRL

No.

VIOLATIONS: 18 U.S.C. §13 –
assimilating California Penal Code §
12031(a)(1) - Carrying a Loaded Firearm in
a Vehicle; 18 U.S.C. §13 – assimilating
California Penal Code § 12025(a)(1) -
Carrying a Concealed Firearm in a Vehicle

SAN JOSE VENUE

INFORMATION

1  prohibited area of unincorporated territory to wit, Fort Hunter Liggett, in the County of
2  Monterey, in violation of Title 18, United States Code, Section 13, assimilating California
3  Penal Code § 12301(a)(1), a class A misdemeanor.
4  COUNT TWO: (18 U.S.C. §13 – assimilating California Penal Code § 12025(a)(1) -
5  Carrying a Concealed Firearm in a Vehicle)
6  On or about April 11, 2007, at Fort Hunter Liggett, in the County of Monterey, Northern
7  District of California, an area within the special maritime and territorial jurisdiction of the United
8  States, the defendant,
9  WESLEY A. FREEMAN,
10 did unlawfully conceal a loaded firearm within a vehicle which was under his control and
11 direction a pistol capable of being concealed upon the person, in violation of Title 18, United
12 States Code, Section 13, assimilating California Penal Code § 12025(a)(1), a class A
13 misdemeanor.

DATED: 8/7/07

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____)
SAUSA Nelson

INFORMATION                        2

**CR 07 00518 HRL**

AO 257 (Rev. 9/92)
PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION --- IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

FILED 2007 AUG -7 P 3:58
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

**OFFENSE CHARGED**
(See attached sheet.)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation: (See attached sheet.)

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
Northern District of California

**DEFENDANT --- U.S. vs.**
Wesley A. Freeman

Address: 4313 Palo Verde Ave.
Lakewood, CA 90713

Birth Date: 5/4/1979   ☑ Male   ☐ Female   ☐ Alien (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo. Day Year

DATE OF ARREST
Or ... if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY

---

Name and Office of Person Furnishing Information on THIS FORM: Scott N. Schools
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS: Summons for Arraignment

To appear before Magistrate Judge Patricia V. Trumbull on December 3, 2007 at the United States District Court located at 1000 S. Main St., Salinas, CA 93901.

## ATTACHMENT TO PENALTY SHEET
### U.S. v. Freeman

**COUNT ONE:** 18 U.S.C. Section 13, assimilating California Penal Code Section 12031(a)(1) – Carrying a loaded firearm in a vehicle while in any public place or on any public street in an incorporated city or in any public place or on any public street in a prohibited area of unincorporated territory

        Penalties:    Mandatory Minimum:
                             Maximum Penalties:
                                  1 year imprisonment
                                  $1000.00 fine

**COUNT TWO:** 18 U.S.C. Section 13, assimilating California Penal Code Section 12025(a)(1) – Carrying concealed within any vehicle which is under his or her control or direction any pistol, revolver, or other firearm capable of being concealed upon the person

        Penalties:    Mandatory Minimum:
                             Maximum Penalties:
                                  1 year imprisonment
                                  $1000.00 fine