JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537
    FAX: (831) 242-5198

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-07-00518-HRL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| vs. | |
| WESLEY A. FREEMAN, | |
| Defendant. | |

    On February 4, 2008, the parties in this case appeared before the Court for status hearing. The parties jointly requested that the case be continued from February 4, 2008, until June 2, 2008 at 9:30 a.m. in order for defendant's counsel and the Government to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from February 4, 2008 to June 2, 2008 at 9:30 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need to research and arrange for participation in a gun safety course.

SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                        United States Attorney


DATED: 5 Feb. 2008                      _____/s/_____
                                        AMY J. NELSON
                                        Special Assistant United States Attorney



DATED: 6 Feb. 2008                      _____/s/_____
                                        GEOFFREY M. BUCKLES
                                        Counsel for FREEMAN



ORDER

    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from February 4, 2008 to June 2, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____                    _____
                                        RICHARD SEEBORG
                                        United States District Judge